**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.:   5:11MC1**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| CYNTHIA BROWN, | ) |
|         Defendant, and | ) |
| HCCG, INC., | ) |
|         Garnishee. | ) |
| _____ | ) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States, for the reasons stated therein, and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment filed in this case against Defendant Cynthia Brown is hereby **DISMISSED**.

Signed: March 25, 2013

Richard L. Voorhees
United States District Judge